# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Robert Hingula, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, J. Stanton Hill, an attorney admitted to practice in the United States District Court for the Northern District of Georgia and the State of Georgia but not admitted to the Bar of this court, who will be counsel for the Defendants, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

**Signature of Movant/Attorney** [signed]

**Date** 6/11/2014

**Phone** 816.572.4469

**MO Bar Number** 56353

**Address**
Polsinelli PC
900 W. 48th Street, Ste. 900
Kansas City, MO 64112

### Affidavit of Proposed Admittee

I, J. Stanton Hill, am currently a member in good standing of the bars of the United States District Court for the Northern District of Georgia and the State of _____, but not admitted to the Bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

**Case Number(s):**
3:12-CV-05136-DGK

**Case Title(s)**
Shawn Stewart, Brian Damann, and Grant Ollar, Individually and on behalf of all others similarly situated v. USA Tank Sales and Erection Company, Inc.

**Date** June 11, 2014

**State Bar Number** 519958

**District Court Bar Number** _____

**Phone** 404.253.6037

**E-Mail** jshill@polsinelli.com

(Signature of Admittee) [signed]

**Address**
Polsinelli PC, 1355 Peachtree Street NE, Suite 500
Atlanta, Georgia 30309-3232

Pursuant to WDMO Local Rule 83.5(l) a fee of $100 is required for each case in which the attorney is seeking admittance.