IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SHAWN STEWART, BRIAN DAMANN, & GRANT OILAR, individually and on behalf of all others similarly situated )<br><br>Plaintiffs, )<br><br>v. )<br><br>USA TANK SALES AND ERECTION COMPANY, INC., )<br><br>Defendant. ) | Case No. 3:12-CV-05136-DGK |

## STATUS REPORT BY DEFENSE COUNSEL

Undersigned defense counsel of record hereby submits the following status report:

First, undersigned counsel respectfully apologizes for any failure to provide the Court information sought by the Court regarding the status of the case or the named defendant in this action. Counsel understands the local rule, and did not intend to attempt to avoid the requirement to file a motion to withdraw as counsel of record. Indeed, if plaintiff's "Stipulation and Order of Dismissal with Prejudice" is not entered by the Court, counsel intends to file a motion to withdraw, either identifying substitute counsel or, if none can be identified, explaining the basis for the inability to identify substitute counsel. Undersigned counsel stands ready to respond to any follow-up questions the Court has with respect to this or any other issue.

Second, undersigned counsel concurs with Plaintiff's Status Report (Doc. 53). Although undersigned counsel did not represent any parties (including the Defendant in this action) through the receivership process, Plaintiffs' counsel's description is consistent with undersigned counsel's understanding of the events and current status of Defendant. Undersigned counsel is not authorized to represent Defendant at this time, and is aware of no management personnel

1

from whom to obtain further direction regarding representation. Again, undersigned counsel stands ready to answer any further questions the Court has regarding this or any other issue.

Respectfully submitted, this 4th day of June, 2015

*/s/ James J. Swartz, Jr.*
James J. Swartz, Jr. (*pro hac vice*)
*jswartz@polsinelli.com*
J. Stanton Hill (*pro hac vice*)
*jshill@polsinelli.com*
POLSINELLI PC
1355 Peachtree Street, N.E., Suite 500
Atlanta, GA 30309-3232
Telephone: 404.253.6000
Facsimile: 404.253.6060

Robert J. Hingula (#56353)
POLSINELLI PC
900 W. 48th Place, Ste. 900
Kansas City, MO 64112
(816) 421-3355
Fax No.: (816) 374-0509
rhingula@polsinelli.com

Jon A. Bierman (#84825)
POLSINELLI PC
100 South Fourth Street, Suite 1000
St. Louis, MO 63102
(314) 889-8000
Fax No.: (314) 231-1776 F
jbierman@polsinelli.com

Defense Counsel of Record

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Anthony M. Pezzani, Esq.
Engelmeyer & Pezzani, LLC
13321 N. Outer Forty Road, Suite 300
Chesterfield, MO 63017
636-532-9933
Fax: 314-863-7793
tony@epfirm.com
tim@epfirm.com

Jason T. Brown, Esq.
JTB Law Group, LLC
155 2nd Street, Suite 4
Jersey City, NJ 07302
jtb@jtblawgroup.com

Counsel for Plaintiff

/s/ James J. Swartz, Jr.
Defense Counsel of Record